975 F.2d 1550
 Little (Wanda P., Leroy B.)
v.
Commonwealth Bank & Trust Co., N.A., Carlucci (William P.),
Deputies, Lycoming County Sheriff's Department, County of
Lycoming, Lycoming County Commissioners, Brewer (Charles
T.), Fiamingo Moving & Storage Co., Inc., Smith (Clinton
W.), Seltzer (James), Downey (Keith), John Doe, Jane Roe,
State Police of Pennsylvania
 NO. 92-7113
 United States Court of Appeals,
Third Circuit.
 Aug 27, 1992
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 
 1
 AFFIRMED.